Thomas Lether, WSBA #18089
Ellen McGraw, WSBA #60240
Lether Law Group
1848 Westlake Ave N Suite 100
Seattle, WA 98109
P: 206-467-5444/F: 206-467-5544
tlether@letherlaw.com
emcgraw@letherlaw.com
*Counsel for Defendant The Travelers Home*
*and Marine Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| NORTHWEST RESTORATION OPERATING, INC., a Washington corporation, <br><br> Plaintiff, <br><br> vs. <br><br> THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign insurance company, <br><br> Defendants | No.  2:26-cv-118 <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)** |

TO:        The Clerk of the Court;

AND TO:    Plaintiff and its Counsel of Record.

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 1

**NOTICE IS HEREBY GIVEN** that on this day, The Travelers Home and Mariner Insurance Company (Travelers), hereby removed to this Court the state-court action described below.

## I.    THE SUBJECT ACTION

1.    On February 5, 2026, Plaintiff Northwest Restoration Operating, Inc. (hereinafter, "Restoration One") filed an action in the Superior Court for the State of Washington, in the County of Yakima, case number 26-2-00418-39 (the "Lawsuit"). On February 9, 2026, Plaintiff served the Summons and Complaint on the Office of the Insurance Commissioner (OIC). Travelers first received notice of the Lawsuit on February 23, 2026. A true and correct copy of the Summons is attached hereto as **Exhibit A**. A true and correct copy of the Complaint is attached hereto as **Exhibit B**.

## II.    DIVERSITY OF CITIZENSHIP

2.    Restoration One at all material times was and is a corporation authorized to transact business in the state of Washington with its principal place of business located in Spokane County, Washington.

3.    Defendant Travelers is a foreign insurer organized under the laws of the State of Connecticut with its principal place of business in the State of Connecticut. Accordingly, Travelers is a citizen of Connecticut.

## III.    AMOUNT IN CONTROVERY

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 2

4.      Travelers understands the current outstanding contractual demand is $11,550.77.

5.      In the instant lawsuit, Restoration One seeks payment of no less than $11,550.77 in outstanding amounts for remediation and repair work at the subject property that is the basis of this litigation. Restoration One also asserts a cause of action for bad faith and seeks damages currently unspecified for that cause of action. Restoration One also asserts a cause of action for violation of the Insurance Fair Conduct Act with a request for treble damages up to an amount of $34,625.31. Restoration One additionally asserts a cause of action for violation of the Consumer Protection Act, seeking an award of up to $25,000. Restoration One also seeks an award of attorney's fees.  Finally, Restoration One seeks costs and pre- and post-judgment interest.

6.      Based on Plaintiff's claims and the above-referenced facts, the amount in controversy is no less than $75,000, exceeding the jurisdictional requirement.

## IV.    JURISDICTION

7.      For purposes of determining jurisdiction under 28 U.S.C. § 1332, Travelers is a citizen of Connecticut. Plaintiff was at all material times a corporation authorized to transact business in Washington with its principal place of business located in Spokane County, Washington. **Ex. B a**t ¶ 1. As such, diversity is complete.

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544

8.     The amount in controversy exceeds $75,000, excluding interest and costs.

9.     This Court, therefore, has jurisdiction over this controversy under 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

## IV.     TIMELINESS

10.     Plaintiff filed the Complaint on February 5, 2026. **Ex. B**. Plaintiff served the Summons and Complaint on the OIC on February 9, 2026. **Ex. B.** Travelers first received notice of the Lawsuit on February 23, 2026. Accordingly, this Notice of Removal, filed on March 11, 2026, is timely under 28 U.S.C. § 1446.

## V.     COPIES OF PROCESS, PLEADINGS, ORDERS, AND MOTIONS IN STATE COURT PROCEEDINGS

11.     In accordance with 28 U.S.C. § 1446, **Exhibits A, B, C, and D** are true and correct copies of all process, pleadings, and orders served upon Travelers in the Superior Court of the State of Washington for Yakima County, case number 26-2-00418-39. These documents are:

A.     Summons

B.     Complaint

C.     Civil Cover Sheet

D.     Certificate of Service

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 4

12.    Notice of this removal will be filed with the Clerk of the Yakima County Superior Court and will be given to all parties in accordance with 28 U.S.C. § 1446.

DATED this 11th day of March 2026.

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Ellen McGraw*
Ellen McGraw, WSBA # 60240
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
emcgraw@letherlaw.com
*Counsel for Defendant The Travelers Home and Marine Insurance Company*

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

William Gieri
Campbell & Bissell, PLLC
820 W 7th Ave
Spokane, WA 99204-2809
wgieri@campbell-bissell.com

**By:   [  ] First Class Mail        [X] CM/ECF/Email        [  ] Legal Messenger**

DATED this 11th day of March 2026 at Seattle, Washington.

_s/ Amelia Parrish_
Amelia Parrish | Paralegal

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 6

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 / F: (206) 467-5544